UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENCOMPASS INDEMNITY COMPANY,

      Plaintiff,

  -v-

ATLAS VAN LINES, INC.

      Defendant.

21-CV-11030 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

  This case was removed from New York Supreme Court, County of New York, on December 23, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than January 12, 2022.

  Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by January 7, 2022.

  SO ORDERED.

Dated: January 5, 2022
   New York, New York

                _____
                  J. PAUL OETKEN
                 United States District Judge